IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                    Case No. 16-cv-329-jdp

THERESA A. DEPIES, JEFFREY G.
DEPIES, WASHBURN COUNTY
INDUSTRIAL DEVELOPMENT
AGENCY, and CASHTON FARM
SUPPLY, LTD.,

Defendants.

---

**ORDER OF DISMISSAL**

---

The plaintiff, United States of America, having moved this court to dismiss the

above-captioned case without prejudice under Fed. R. Civ. P. 41(a)(2), and based upon

the records and proceedings held in this matter,

THE COURT FINDS:

1.      A judgment may be vacated under Fed. R. 60(b)(6) "for any other reason

that justifies relief."

2.      In this case, the Depieses and the United States have reached a settlement

and the United States no longer wishes to pursue foreclosure.

3.      The Depieses presumably prefer not to have a judgment of foreclosure

against them.

4.    In light of the procedural history of this case, relief under Rule 60(b) is justified, and dismissal without prejudice under Rule 41(a)(2) is proper.

IT IS HERBY ORDERED that:

1. Plaintiff United States of America's motion to vacate judgment and dismiss the complaint, Dkt. 31, is GRANTED.

2. The judgment is vacated, and the case is dismissed without prejudice.

Entered this 28th day of AUGUST, 2017.

BY THE COURT:

_____
JAMES D. PETERSON
United States District Judge
Western District of Wisconsin